PER CURIAM. , .
I, Writ granted in part; otherwise denied. If it has not already done so, the distinct attorney is ordered to provide relator with an estimate of the costs of reproducing public records relator has requested and to which relator is entitled. -La. Const, art. XII, § 3; R.S. 44:31; R.S.-44:31.1; State ex rel. Miller v. State, 13-2230 (La.4/25/14), 138 So.3d 634; State ex rel. Robinson v. State, 12-2662 (La.4/19/13), 111 So.3d 1023; State ex rel. Jacobs v. State, 11-1956 (La.4/27/12), 85 So.3d 1280; State ex rel. Barbee v. State, 10-0276 (La.2/4/11), 57 So.3d 318; State ex rel. Level v. State, 99-2266 (La.12/17/99), 751 So.2d 869; State ex rel. Leonard v. State, 96-1889 (La.6/13/97), 696 So.2d 1326; Range v. Moreau, 96-1607 (La.9/3/96), 678 So.2d 537. In all other respects, the writ is denied.